CATHY SURLS O'BRIEN v. MICHAEL G. PLUMIDES

No. 152PA86

(Filed 7 October 1986)

ON review upon defendant-appellant's petition for writ of certiorari allowed by this Court on 7 April 1986 to review a unanimous decision of the Court of Appeals reported at 79 N.C. App. 159, 339 S.E. 2d 54 (1986), reversing the judgment of *Snepp, J.,* entered 5 March 1986 in Superior Court, MECKLENBURG County, granting summary judgment for the defendant-appellant.

*Bender & Lawson, by Jean B. Lawson, for plaintiff-appellee.*

*Michael G. Plumides, pro se, for defendant-appellant.*

PER CURIAM.

We conclude that defendant-appellant's petition for writ of certiorari was improvidently allowed.

Petition for writ of certiorari improvidently allowed.